IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| PAMELA CROPPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 114-229 |
| | ) |
| SUN LIFE ASSURANCE COMPANY | ) |
| OF CANADA, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

The above-captioned case was filed on December 11, 2014, and Defendant answered on March 18, 2015. (Doc. nos. 1,6) Pursuant to Local Rule 26.1, the parties should have conferred as provided in Federal Rule of Civil Procedure 26(f) within twenty-one days after the filing of Defendant's answer and should have submitted a joint 26(f) Report within fourteen days of the conference. Because no Rule 26(f) Report has been filed, the Court **ORDERS** the parties to conduct a conference within seven days of the date of this Order and to file a joint 26(f) Report within fourteen days of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 1st day of May, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA